2006 OK 8

**In the Matter of the REINSTATEMENT OF Suzanne BASS, to Membership in the Oklahoma Bar Association and to the Roll of Attorneys.**

**SCBD No. 5030.**

Supreme Court of Oklahoma.

Jan. 30, 2006.

## ORDER

On *de novo* examination of the paperwork on file and of the transcript and record of proceedings before the Professional Responsibility Tribunal's (PRT) assigned trial panel, the court *finds* that the applicant established by clear and convincing proof that:

(1) she is an ethically fit person,

(2) she voluntarily relinquished her Oklahoma law license on 1 June 1994 and has not engaged in the unauthorized practice of law at any time,

(3) the applicant is sufficiently abreast of intervening changes in Oklahoma law to qualify for reinstatement without examination.

The applicant's license to practice law in the State of Oklahoma shall stand reinstated

upon payment of the assessed costs of this proceeding in the sum of $424.34.

ALL JUSTICES CONCUR.